IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONALD L. GREEN,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1765

Opinion filed September 5, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Donald L. Green, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Respondent.


PER CURIAM.

The petition seeking a belated appeal of the order denying defendant's motion for postconviction relief, rendered on April 14, 2016, in Duval County Circuit Court case number 16-2010-CF-004116-AXXX-MA, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

LEWIS, RAY, and JAY, JJ., CONCUR.